**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO: DOCKETING

DATED: September 16, 2008

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *West v. NCO Financial Systems*, No. 08-cv-01204-ZLW-MEH

    _____ A settlement conference was held on this date and a settlement was not reached.

    __X__ A settlement conference was on this date, and a settlement was reached. The parties shall submit a stipulated motion to dismiss on or before September 30, 2008.

    __X__ Settlement conference was held for 2.00 hours.

    __X__ The settlement conference was completed.

    _____ No record was made.

    __X__ A written record was made.