IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01204-ZLW-MEH

THOMAS WEST,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and in accordance with the parties' Stipulation Of Dismissal With Prejudice (Doc. No. 14; Oct. 2, 2008), it is

    ORDERED that this case and cause of action is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

    DATED at Denver, Colorado, this __3rd__ day of October, 2008.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court